ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-po-00280-CDB |
| Plaintiff, | [Citation # E2619229] |
| v. | |
| STEVEN E. MATA, | MOTION AND ORDER FOR DISMISSAL OF CITATION |
| Defendant. | |

The United States of America, by and through Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5: 25-po-00280-CDB, Citation # E2619229 only against STEVEN E. MATA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 2, 2026                Respectfully submitted,

ERIC GRANT
United States Attorney

By:   /s/ *Luke Baty*
LUKE BATY
Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Citation # E2619229 only against STEVEN E. MATA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **February 2, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

U.S. v. Mata
Case No. 5:25-po-00280-CDB